O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DEAN GUTIERREZ,<br><br>               Petitioner,<br><br>   vs.<br><br>ANTHONY HEDGEPETH, WARDEN,<br><br>               Respondent. | CASE NO. ED CV 11-00140 JVS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of BARRY DEAN GUTIERREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 4, 2011

*James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE